## RECONSIDERATION OF PRIOR DECISIONS

2001–1624.   State ex rel. Howard v. Seaway Foodtown, Inc.
Franklin App. No. 00AP–1097. Reported at 94 Ohio St.3d 440, 2002-Ohio-1242, 763 N.E.2d 1176. On motion for reconsideration. Motion denied.